JOHN McCLAVE, ADMINISTRATOR, &c., PLAINTIFF IN ERROR, v. THE MUTUAL RESERVE FUND LIFE ASSOCIATION, DEFENDANT IN ERROR.

On error to the Essex Circuit Court.

For the plaintiff in error, *Frederic W. Stevens.*

For the defendant in error, *J. Frank Fort.*

PER CURIAM.

The judgment below is affirmed.

*For affirmance*—THE CHANCELLOR, GARRISON, GUMMERE, LIPPINCOTT, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, SIMS. 10.

*For reversal*—None.